## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### IN ADMIRALTY

### CASE NO.

OMICRON BLUE, LLC,

    *Plaintiff*,

v.

UNDERWRITERS AT LLOYD'S,
LONDON, ENGLAND AS PER
COVERNOTE B0901LC1717835000
LONDON,

    *Defendants*.
_____/

**To:** **UNDERWRITERS AT LLOYD'S LONDON, ENGLAND**
By Service Upon:
c/o Florida Chief Financial Officer as RA
200 East Gaines Street
Tallahassee, FL 32399-4201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorneys, whose names and address are:

Stephen A. Marino, Jr., Esq., smarino@vpm-legal.com; smcgee@vpm-legal.com
S. Alice Weeks, Esq., sweeks@vpm-legal.com
Ver Ploeg & Marino, P.A.
100 S.E. 2nd Street, 30th Floor
Miami, FL 33131
305-577-3996; 305-577-3558 *facsimile*

*Omicron Blue, LLC v. Underwriters at Lloyd's, London, England*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the court.

CLERK OF COURT

_____          _____
Signature of Clerk or Deputy Clerk                                Date